UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CRAIG STELLER,

Plaintiff,

v.

JEFF KNAACK et al.,

Defendants.

Case No. 1:25-cv-1869

Honorable Ray Kent

# JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: November 5, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge